**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

William John Kopp
Hope Lynn Kopp

Case No: 10–33712 – DDO

Debtor(s)

Chapter 13 Case

**ORDER AND NOTICE OF DISMISSAL**

The debtors, by written request, have requested the court to dismiss this case. After notice and hearing, or no notice or hearing being necessary, the court has determined that this case should be dismissed and the following order entered under 11 U.S.C. § 1307(b).

IT IS THEREFORE ORDERED:

1. EXPENSES: If no plan was confirmed, the trustee is allowed $0.00 for reimbursement of reasonable expenses under 11 U.S.C. §§ 1326(a)(2)and 503(b)(1)(A).

2. FINAL DISTRIBUTION: Subject to paragraph 1 of this order, the trustee shall distribute available funds if any under 11 U.S.C. § 1326, to the debtor(s) if no plan was confirmed, or to creditors in accordance with the plan if a plan was confirmed.

3. DISMISSAL: Subject to paragraph 2 of this order, this case is dismissed under 11 U.S.C. §§ 349 and 1307.

4. NOTICE: The clerk shall serve copies of this order as notice thereof to the debtors(s), the attorney for the debtor(s), the trustee, the United States Trustee, and to all creditors and other parties in interest.

Dated: 9/29/10

Dennis D O'Brien
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on September 29, 2010
Lori Vosejpka Clerk, United States Bankruptcy Court
By: shelley Deputy Clerk

mnbods13 – 03/25/2009